**DYKEMA GOSSETT LLP**
ABIRAMI GNANADESIGAN, State Bar No. 263375
 *AGnanadesigan@dykema.com*
444 South Flower Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850
Attorneys for Defendant
WEBCE, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| DAVID VACCARO, individually, and on behalf of all other similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> WEBCE, INC. and DOES 1 through 10, inclusive, and each of them, <br><br> Defendants. | Case No. 2:25-cv-04889-JLS-SSC <br><br> **JOINT NOTICE OF SETTLEMENT** |

The Parties are pleased to report that they have agreed to terms of a settlement and are in the process of drafting a settlement agreement. Once executed, the Parties will be filing a Stipulation for Dismissal with prejudice. In light of the settlement, the Parties respectfully request that the Court further extend WebCE, Inc.'s time to respond to the Complaint until September 15, 2025 in the unlikely event the settlement is not memorialized by that date.

DATED: August 18, 2025   Respectfully submitted,

**DYKEMA GOSSETT, LLP**

By: */s/ Abirami Gnanadesigan*
ABIRAMI GNANADESIGAN
Attorneys for Defendant
WEBCE, INC.

DATED: August 18, 2025   Respectfully submitted,

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: */s/ Adrian Bacon*

Attorneys for Plaintiff
DAVID VACCARO

065558.000038  4936-8194-2112.1

JOINT NOTICE OF SETTLEMENT