# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VACCARO, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WEBCE, INC. and DOES 1 to 10, inclusive, and each of them,<br><br>　　　　　　Defendant. | Case No.<br><br>2:25-cv-04889-JLS-SSCx<br><br>**ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE TO THE PUTATIVE CLASS  [18]** |

　　　IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated:  09/10/2025

　　　　　　　　　　　　　　　　　　　　_Josephine L. Staton_
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Josephine L. Staton
　　　　　　　　　　　　　　　　　　　　United States District Judge